## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

ANDRIA BRYANT,

                Plaintiff,

v.                                  CIVIL ACTION NO.  2:10-cv-01074

MATTHEW HARVEY,

                Defendant.

### ORDER

This action was referred to the Honorable Mary E. Stanley, United States Magistrate Judge, for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636.  The Magistrate Judge has submitted findings of fact and has recommended that the court **DISMISS** the plaintiff's complaint [Docket 2] with prejudice for failure to state a claim and for seeking monetary relief against a defendant who is immune from such liability and **DENY** the plaintiff's application to proceed without prepayment of fees or costs [Docket 1].  Neither party has filed objections to the Magistrate Judge's findings and recommendations.

The failure to object to a magistrate judge's report may be deemed a waiver of appeal of the substance of the report and the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.  *See Camby v. Davis,* 718 F.2d 198, 200 (4th Cir. 1983); *Campbell v. United States D. Ct. N.D. Cal.,* 501 F.2d 196, 206 (9th Cir. 1974).  The court has reviewed the Magistrate Judge's findings of fact and recommendations and finds no clear

error on the face of the record. Therefore, the court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and orders judgment consistent with the findings and recommendations. The court **DISMISSES** the petitioner's complaint [Docket 2] with prejudice, and **DIRECTS** this action to be removed from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:        October 5, 2010

        _____
        Joseph R. Goodwin, Chief Judge